IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEALMAX GLASS SYSTEMS, INC. f/k/a SEALMAX, INC., and V & V CONSTRUCTION CORP.,<br><br>Defendants. | Civil Action No.1:16-cv-01409-PKC-SMG<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT V & V CONSTRUCTION CORP. ONLY |

Plaintiff Arch Specialty Insurance Company ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint as to defendant V & V Construction Corp. ("V & V") only.

V & V has neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted,

Dated: New York, New York
August 18, 2016

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Plaintiff
Arch Specialty Insurance Company
17 State Street, 34th Floor
New York, New York 10004
Tel:   (212) 425-9300
Fax:   (212) 425-9337

_____
Samuel J. Thomas
sthomas@bressler.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2016, I electronically filed the foregoing Notice of Dismissal Without Prejudice as to Defendant V & V Construction Corp. only with the Clerk of the Court using the Court's CM/ECF system and served a copy of same via USPS First-Class Mail to Defendant V & V Construction Corp. as follows:

V & V Construction Corp.
79-11 41st Avenue, Apt. A109
Elmhurst, New York 11373

_/s/ Samuel J. Thomas_
Samuel J. Thomas