UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ARCH SPECIALTY INSURANCE COMPANY,         JUDGMENT
                                          16-CV- 1409 (PKC)
                Plaintiff,

   -against-

SEALMAX GLASS SYSTEMS, INC.,
f/k/a SEALMAX, INC.,

                Defendant.
----------------------------------------------------------------X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on May 9, 2017, affirming and adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated February 15, 2017; granting in part and denying in part Plaintiff's motion for default judgment; granting Plaintiff's motion with respect to its breach of contract claim; denying Plaintiff's motion with respect to its claims for unjust enrichment and account stated and further dismissing those claims with prejudice; directing the Clerk of Court to enter judgment to Plaintiff in the amount of $1,000,000.00 in damages, together with prejudgment interest at the rate of 9% per annum calculated from September 29, 2014, until the date of entry of final judgment, plus $400.00 in costs; and the Clerk of Court having calculated prejudgment interest at 9% per annum on $1,000,000.00 from September 29, 2014 and the prejudgment interest being $235,232.87; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted in part and denied in part; that Plaintiff's motion is granted with respect to its breach of contract claim; that Plaintiff's motion is denied with respect to its claim for unjust enrichment

**JUDGMENT** 16-CV- 1409 (PKC)

and account stated and further that those claims are dismissed with prejudice; and that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Arch Specialty Insurance Company and against Defendant Sealmax Glass Systems, Inc., f/k/a Sealmax, Inc. in the amount of $1,235,232.87 in damages plus $400.00 in costs.

| | |
|---|---|
| Dated: Brooklyn, New York<br>      May 10, 2017 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>       Deputy Clerk |